**STATE OF FLORIDA ex rel. GEORGE COLEMAN, v. LESLIE QUIGG, as Chief of Police of the City of Miami, Florida.**

12 So. (2nd) 589                                     January Term, 1943
March 30, 1943                                            Division B

*William J. Pruitt,* for plaintiff in error.

*J. W. Watson, Jr.,* and *Wm. W. Charles,* for defendant in error.

PER CURIAM:

To judgment of remand in habeas corpus proceedings, writ of error was sued out.

The record discloses no reversible error.

Judgment affirmed.

So ordered.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.